

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00659-CR

**EX PARTE** Daniel **LONGORIA**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017W0877
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:  Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice

Delivered and Filed:  November 1, 2017

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

   Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH